Pipe Pros, LLC
P.O. Box 9787
TX 78469

Johnny Gonzales Jr.
2725 Santa Fe
Apt #F
Corpus Christi, TX 78404

Direct Deposit

| Employee Pay Stub | Check number: DD2350 | Pay Period: 06/29/2014 - 07/12/2014 | Pay Date: 07/18/2014 |
|---|---|---|---|

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Johnny Gonzales Jr., 2725 Santa Fe, Apt #F, Corpus Christi, TX 78404 | ***-**-2680 | Married/(none) | Fed-5/0/TX-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - COS | | | 2,076.92 | 31,153.80 |
| Hourly - COS | 173:00 | 12.00 | 2,076.00 | 19,380.00 |
| Bonus | | 500.00 | 500.00 | 1,500.00 |
| | 173:00 | | 4,652.92 | 52,033.80 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -444.76 | -4,291.48 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -462.00 | -4,265.00 |
| Social Security Employee | -260.90 | -2,960.02 |
| Medicare Employee | -61.01 | -692.26 |
| | -783.91 | -7,917.28 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Guardian Insurance | -65.06 | -799.26 |

| Net Pay | 3,359.19 | 39,025.78 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - ********8715 | 3,359.19 |

**Memo**

Direct Deposit

Pipe Pros, LLC, P.O. Box 9787, TX 78469

# EXHIBIT "B"