United States District Court
Southern District of Texas
**ENTERED**
December 11, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JOHNNY GONZALES,** Individually and on behalf of all others similarly situated | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:15-cv-65 |
| v. | § § | **JURY TRIAL DEMANDED** |
| **PIPE PROS, LLC** | § § | **COLLECTIVE ACTION** |
| *Defendant* | § | **PURSUANT TO 29 U.S.C. § 216(b)** |

## ORDER

This cause came before the Court on motion of Plaintiff Johnny Gonzales ("Plaintiff"), individually and on behalf of all others similarly situated, to conditionally certify a putative class of plaintiffs in this collective action and facilitate notice of the action to the putative class on certain terms, to which Defendant Pipe Pros, LLC has consented. After consideration of the motion, it is hereby GRANTED on the following terms:

1. Pipe Pros agrees to conditional certification of the Putative Class of "All Floorhands, Stabbers, Tong Operators, Tripper Operators, Laydown Operators, Torque Turn Technicians and Torque Turn Operators employed by Pipe Pros, LLC, at any time from October 26, 2012 to the present, and were paid a salary plus an hourly job rate but no overtime ("the Putative Class Members").

2. Pipe Pros will provide the names, addresses, e-mail addresses (if known), and telephone numbers (if known) for the Putative Class Members who worked for Pipe Pros in the past three (3) years no later than ten (10) days following the Court's granting of the order for conditional certification. This information will be provided in a usable electronic format such as Excel.

3. Plaintiffs' counsel will have ten (10) days from the date Pipe Pros provides the contact information for the Putative Class Members to distribute the Notice and Consent forms to the Putative Class Members. A copy of the Agreed Notice and Consent Form is attached hereto as Exhibit "A".

4. The Putative Class Members will receive a copy of the Notice and Consent form by regular First Class Mail and e-mail.

5. The Putative Class Members will have sixty (60) days from the initial mailing of the Notice and Consent form to opt-in to the above captioned lawsuit. The Consent form must be filed or post-marked to the Court by the 60th day of the opt-in period.

6. Pipe Pros will post a copy of the Notice and Consent form on its company bulletin boards at its offices and/or job sites located in Houston, Kermit, Lindale, Midland and San Antonio, Texas; Minot, North Dakota; and El Reno, Oklahoma for thirty (30) days after the initial mailing of the Notice and Consent form.

7. Plaintiffs' counsel must maintain the physical addresses, e-mail addresses and telephone numbers as confidential records and shall not share the information with any third-party. At the conclusion of the opt-in period, Plaintiffs' counsel must destroy/delete all copies of the information pertaining to any Putative Class Member who did not timely file a Consent form.

8. Plaintiffs' counsel must not use the e-mail addresses for any purposes other than to send an electronic copy of the Court-approved Notice and Consent Form to the Putative Class Members.

9. Plaintiffs' counsel must not use the telephone numbers for any purpose other than to contact a Putative Class Member to request a current physical mailing address or e-mail address in the event that Putative Class Members' initial mailed Notice and

        Consent Form is returned as "undeliverable" without a USPS notice of a new mailing address.

10.    In the event that a Putative Class Member's initial mailed Notice and Consent Form is returned as "undeliverable" without a USPS notice of a new mailing address, Defendants' counsel will also provide Plaintiffs' counsel with the Putative Class Member's date of birth and last four digits of his social security number to facilitate the locating of the Putative Class Member's current address.

11.    This stipulation is entered without prejudice to the right of Pipe Pros to challenge the propriety of collective action status of this matter at any later point in the proceeding.

ORDERED this ____ day of __12/11/15_____, 2015.

                                            NELVA GONZALES RAMOS
                                            UNITED STATES DISTRICT JUDGE